UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24297-CIV-ALTONAGA/Simonton

**MIRTHA GARCIA**,

    Plaintiff,

vs.

**ZAKHEIM & ASSOCIATES, P.A.**,

    Defendant.
_____/

## ORDER ON MEDIATION RESULTS

**THIS CAUSE** came before the Court *sua sponte*. On February 16, 2011, the parties filed a Notice of Mediation Hearing [ECF No. 15]. A mediation conference was scheduled to take place before Samuel Heller on April 19, 2011. Pursuant to the January 26, 2011 Order Setting Trial [ECF No. 9] and Order Scheduling Mediation [ECF No. 16], the parties had seven days after mediation to submit a mediation report. To date, no mediation report detailing the outcome of the mediation conference has been received by the Court, nor has the Court received a notice that the mediation conference was cancelled. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **May 2, 2011**, the parties shall submit either a Mediation Report indicating the results of the April 19, 2011 mediation conference, or a proposed order re-scheduling mediation, if the April 19, 2011 mediation conference was cancelled.

Case No. 10-24297-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of April, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record