UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIRTHA GARCIA

Plaintiff,  Case No.: 10-24297-CIV-ALTONAGA/Brown

vs.

ZAKHEIM & ASSOCIATES, P.A.,

Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, MIRTHA GARCIA, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: April 29, 2011   Respectfully submitted,

/s Andrew I. Glenn_____
Andrew I. Glenn
E-mail: Andrew@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr.
E-mail: Dennis@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn

## SERVICE LIST

David P. Hartnett, Esq.
Florida Bar No. 946631
Email: dhartnett@hinshawlaw.com
Barbara Fernandez, Esq.
Florida Bar No. 493767
Email: bfernandez@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, FL 33156-2741
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
Attorneys for Defendant
Served via CM/ECF