UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24297-CIV-ALTONAGA/Simonton

**MIRTHA GARCIA**,

    Plaintiff,
vs.

**ZAKHEIM & ASSOCIATES, P.A.**,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal With Prejudice, filed June 20, 2011 [ECF No. 21]. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice. Each party shall bear its own fees and costs. If the parties wish the Court to retain jurisdiction to enforce their agreement, they are to submit the written agreement to the Court within thirty (30) days of the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of June, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record